BRIGGS *v.* WAYNE CIRCUIT JUDGES.

MANDAMUS—DISSOLUTION OF INJUNCTION.
  *Mandamus* will not issue to compel a circuit judge to dissolve a
    preliminary injunction, in the absence of a showing of an
    abuse of discretion.

*Mandamus* by Dexter J. Briggs to compel George S. Hosmer, Robert E. Frazer, and Willard M. Lillibridge, circuit judges of Wayne county, to dissolve a preliminary injunction. Order to show cause denied September 20, 1898.

*John J. Speed,* for relator.

PER CURIAM. Upon filing the bill in chancery in this case, the court issued a preliminary injunction. Answers were filed, and a motion made to dissolve the injunction. Three of the circuit judges heard the motion, and refused to grant it. We see no occasion for interfering with the discretion of the court in this matter. We think the court did right in retaining the injunction until the hearing upon pleadings and proofs. The order to show cause will be denied.